461 P.2d 918

461 P.2d 918

Ricardo M. **MONTOYA**, State Labor Commissioner of the State of New Mexico, Petitioner,

v.

Honorable Samuel **MONTOYA**, District Judge of the First Judicial District of the State of New Mexico, Respondent.

No. 8957

Supreme Court of New Mexico.

Nov. 20, 1969.

Angel B. **COLLADO**, Amparo Garcia, Napoleon Gonzales, Francisco Trevino, Daniel Sheldon, Merced Vasquez, Maria Laybourn, Fermin Acosta, Luis Montenegro, H. D. Sanchez, Petitioners,

v.

Ernestine **EVANS**, Secretary of State, State of New Mexico, Respondent.

No. 8971.

Supreme Court of New Mexico.

Dec. 8, 1969.

MOISE, Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.

COMPTON, Acting Chief Justice, and TACKETT, Justice, and WALDO SPIESS, Chief Judge, Court of Appeals, concurring.

Ordered that petition be and the same is hereby denied.

461 P.2d 918

Ricardo M. **MONTOYA**, State Labor Commissioner of the State of New Mexico, Petitioner,

v.

Honorable Samuel **MONTOYA**, District Judge of the First Judicial District of the State of New Mexico, Respondent.

No. 8960.

Supreme Court of New Mexico.

Nov. 21, 1969.

461 P.2d 918

**STATE** of New Mexico, ex rel. Janice McLAM, Petitioner,

v.

The Honorable Richard A. **STANLEY**, Judge of the Third Judicial District, and the District Court of the Third Judicial District in and for the County of Dona Ana, State of New Mexico, Respondents.

No. 8948.

Supreme Court of New Mexico.

Dec. 17, 1969.

MOISE, Chief Justice, and COMPTON, TACKETT and WATSON, Justices, concurring.

Ordered that petition for writ of prohibition be and the same is hereby denied.

MOISE, Chief Justice, and COMPTON, TACKETT and WATSON, JJ., concurring.

Ordered that the alternative writ of Mandamus heretofore issued in the above entitled cause, be and the same is hereby discharged.